

# THE THIRTEENTH COURT OF APPEALS

---

## 13-22-00029-CV

---

Frank Ahlgren III and The Copernican, LLC

v.

Frank Ahlgren Jr. and Elise Leake, as co-trustees of the Ahlgren Management Trust

---

On Appeal from the
261st District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-20-001472

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 15, 2023